### 1324. KRIES & CHAFFIN v. FULLER E. CALLAWAY COMPANY.

HILL, C. J. The controlling questions in this case are issues of fact, and the verdict is clearly and strongly supported by the evidence. If any error of law was committed by the trial court, it was slight and immaterial, and insufficient to warrant the grant of another trial.

*Judgment affirmed.*

Levy and claim, from city court of LaGrange—Judge Harwell. June 24, 1908.

Argued November 11, 1908.—Decided March 23, 1909.

*F. M. Longley, A. H. Thompson,* for plaintiffs in error.

*Hatton Lovejoy,* contra.